TICE TOWING LINE, Respondent, *v.* WESTERN ASSURANCE COMPANY, Appellant.

*Insurance — actions to recover on policies of marine liability insurance.*

Tice Towing Line v. *Western Assur. Co.*, 221 App. Div. 855, affirmed. (Argued January 19, 1928; decided February 14, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 27, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon policies of marine liability insurance covering two steam tugs owned by plaintiff. The complaint alleged that in an action in the United States Admiralty Court plaintiff had been held liable for loss arising from the sinking of a barge through its negligent handling by the insured tugs.

*Harrington Putnam* for appellant.

*George V. A. McCloskey* and *William F. Purdy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

JACOB FINER et al., Copartners Doing Business as FINER & BACHRACH, Appellants, *v.* CHARLES T. BINGHAM et al., Copartners, Doing Business as BINGHAM & Co., Respondents.

*Contract — sale — rescission — action to recover for breach of contract of sale — defense of rescission.*

*Finer* v. *Bingham*, 220 App. Div. 665, affirmed. (Argued January 19, 1928; decided February 14, 1928.)

APPEAL from a judgment, entered July 5, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint. The